Submitted on record and briefs December 19, 1991, reversed and remanded with instructions to dismiss indictment February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

NADAIR D. JENABZADEH,
*Appellant.*

(9011-36365; CA A68311)

823 P2d 1040

Sally L. Avera, Public Defender, and Eric R. Johansen, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Defendant was convicted of delivery of a controlled substance as part of a drug cultivation, manufacture or delivery scheme or network. ORS 475.992. He had demurred on the ground that the scheme or network language is unconstitutionally vague. The trial court erroneously overruled his demurrer. *State v. Moeller*, 105 Or App 434, 806 P2d 130, *rev dismissed* 312 Or 76, 815 P2d 701 (1991).

Because we dispose of the case on that issue, we need not reach defendant's other assignment of error.

Reversed and remanded with instructions to dismiss the indictment.